# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00455-HDM-PAL |
| | ) | 2:15-cr-01661-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHARLES BO MUMPHREY, | ) | |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

The government shall file a response to the defendant's 28 U.S.C. § 2255 petition (#138) on or before November 4, 2015.

IT IS SO ORDERED.

DATED: This 3rd day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE