UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00455-HDM-PAL |
| | ) | 2:15-cr-01661-HDM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CHARLES BO MUMPHREY, | ) | |
| Defendant. | ) | |

Defendant's unopposed motion to supplement the § 2255 petition and to continue the time for filing a reply (#143) is **GRANTED.** Counsel for defendant shall file any supplement to defendant's pending § 2255 petition on or before February 16, 2016. The court will reset the deadline for filing a reply after counsel has either filed a supplement or advised the court that she will not do so.

IT IS SO ORDERED.

DATED: This 18th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE