**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-cr-00455-HDM-PAL |
| ) | 2:15-cr-01661-HDM |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHARLES BO MUMPHREY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant shall have until August 31, 2016, in which to file any reply to the government's response to his amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

IT IS SO ORDERED.

DATED: This 1st day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE