**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00455-HDM-PAL |
| | ) | 2:15-cr-01661-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHARLES BO MUMPHREY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The Federal Public Defender's Office is representing defendant with respect to his 28 U.S.C. § 2255 motion insofar as he has asserted claims under *Johnson v. United States*, 135 S. Ct. 2551 (2015). However, defendant's § 2255 motion asserts additional claims that do not arise under *Johnson* and are not addressed in the pleadings filed by counsel and responded to by the government. In October 2015, the government filed a response to the defendant's original § 2255 motion, to which defendant has not yet had an opportunity to reply. Accordingly, leave is hereby granted to

1

defendant to file on his own behalf a reply to the government's response to his § 2255 motion as to any non-*Johnson* claims. Defendant shall file any reply on or before October 7, 2016. The clerk of the court shall serve defendant with a copy of the government's response dated October 30, 2015 (ECF No. 140) along with a copy of this order.

    IT IS SO ORDERED.

    DATED: This 16th day of September, 2016.

                                     _____
                                     UNITED STATES DISTRICT JUDGE