# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00455-HDM-PAL |
| | ) | 2:15-cr-01661-HDM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ERRATA |
| | ) | |
| CHARLES BO MUMPHREY, | ) | |
| | ) | |
| Defendant. | ) | |

The court's order of December 8, 2016 (ECF No. 157) contains a typographical error. On page 4 line 8, the date should be April 9, 2017, instead of April 9, 2016. Accordingly, the court's order of December 8, 2016, is hereby amended to reflect to correct date of April 9, 2017, at page 4 line 8.

IT IS SO ORDERED.

DATED: This 8th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE