# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00455-HDM-PAL |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CHARLES BO MUMPHREY, | ) | |
| Defendant. | ) | |

Before the court is the defendant's motion to reopen his 28 U.S.C. § 2255 motion under Fed. R. Civ. P. 60(b)(6). Defendant is currently appealing to the Ninth Circuit Court of Appeals this court's order denying his 28 U.S.C. § 2255 motion. Also pending before the Ninth Circuit is the defendant's motion to remand. Accordingly, the defendant's motion to reopen his § 2255 motion (ECF No. 194) is denied, without prejudice, to be renewed if the action is remanded by the Ninth Circuit for further proceedings in this court.

**IT IS SO ORDERED.**

DATED: This 9th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

1