UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES BO MUMPHREY,<br><br>　　　　　　　　Defendant. | Case No. 2:12-cr-00455-HDM-PAL<br><br>ORDER |

　　　On May 27, 2020, the court entered an order denying the defendant's motion for sentence reduction and dismissing his motion to the extent it arose under 28 U.S.C. § 2255. Pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A), any appeal of the court's order denying his motion for sentence reduction was required to be filed no later than June 10, 2020. The defendant's notice of appeal, apparently filed on June 26, 2020, is therefore untimely. (ECF No. 256 at 7).

　　　Following remand by the Court of Appeals for the limited purpose of allowing the defendant to file a motion for notice of appeal pursuant to Federal Rule of Appellate Procedure 4(b), the defendant has filed his motions for relief. (ECF Nos. 261 & 262). The government has not opposed the defendant's motions, and the time for doing so has expired.

　　　In support of his request, the defendant asserts that his time in the law library has been severely limited due to the COVID-

1

19 epidemic. He also points to "the limited resources, national chaos with the U.S.P.S and delivery of mail effecting universally, including prisoners are in effect unfavorably here at USP Florence." (ECF NO. 262 at 2).

The defendant has set forth two grounds that could have delayed the filing of his notice of appeal, including significant delays in mail delivery and limited access to the law library. In fact, based on the date of the notice of appeal and the date it was received by the Court of Appeals, it appears that the notice itself took more than two weeks to reach the Court of Appeals, lending support to the defendant's argument that the mail has been significantly delayed. In light of these circumstances, and the government's failure to oppose the defendant's motion, the court finds good cause for the defendant's failure to file a timely notice of appeal. The motion for extension of time to file a notice of appeal (ECF Nos. 261 & 262) is therefore GRANTED. The appeal filed on June 26, 2020, is therefore deemed timely.

The Clerk of the Court shall transmit a copy of this order to the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

DATED: This 29th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE